IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ENERGY SYSTEMS OF CARIBBEAN, INC.<br>Plaintiff<br>vs<br>CAPSTONE TURBINE CORPORATION<br>Defendant | CIVIL 18-1611CCC |

## **JUDGMENT**

The parties having filed a Joint Stipulation of Dismissal With Prejudice (d.e. 25) on September 13, 2019, it is hereby ORDERED, ADJUDGED and DECREED that this action be DISMISSED, with prejudice.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on September 27, 2019.

S/CARMEN CONSUELO CEREZO
United States District Judge